UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. |
| | : | |
| v. | : | |
| | : | |
| **LAUREN B. WEINER,** | : | VIOLATIONS:  18 U.S.C. § 1030(a)(2) |
| | : | (Fraud in connection |
| Defendant. | : | with computers). |

### INFORMATION

The United States informs the Court:

### COUNT ONE

On or about July 12, 2005, in the District of Columbia and elsewhere, the defendant LAUREN B. WEINER intentionally accessed a computer without authorization and thereby obtained information contained in a file of a consumer reporting agency on a consumer without the permission of the consumer.

**(Fraud in Connection with Computers, in violation of Title 18,
United States Code, Section 1030(a)(2)(A)).**

KENNETH L. WAINSTEIN

United States Attorney
for the District of Columbia

By: _____
VIRGINIA CHEATHAM
Assistant United States Attorney
D.C. Bar # 411980
Fraud and Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-9732