AO 86A (Rev. 5/85) Consent to Proceed -- Misdemeanor

# United States District Court

#### DISTRICT OF _____

UNITED STATES OF AMERICA  
V.  

Lauren Weiner

**FILED**  
MAR 2 4 2006  
NANCY MAYER WHITTINGTON, CLERK  
U.S. DISTRICT COURT

CONSENT TO PROCEED BEFORE  
UNITED STATES MAGISTRATE IN  
A MISDEMEANOR CASE  

CASE NUMBER: 06-128m

The United States magistrate has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate has informed me of my right to the assistance of legal counsel. The magistrate has also informed me of my right to trial, judgment, and sentencing before a United States district judge or a United States magistrate.

**I HEREBY:** Waive (give up) my right to trial, judgment, and sentencing before a United States district judge and I consent to trial, judgment, and sentencing before a United States magistrate.

x _Lauren Wei____, Defendant

---

### WAIVER OF RIGHT TO TRIAL BY JURY

The magistrate has advised me of my right to trial by jury.

**I HEREBY:** Waive (give up) my right to trial by jury. _Lauren Wei____  
                                                              Defendant

Consented to by United States _V Cheatham_  
                                Signature  
V Cheatham, Ass't U.S. Atty  
Name and Title

---

### WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

The magistrate has also advised me of my right to have at least thirty days to prepare for trial before the magistrate.

**I HEREBY:** Waive (give up) my right to have at least thirty days to prepare for trial.

x _Lauren Wei____, Defendant

---

_____  
Defendant's Attorney (if any)

Approved By: _John M. Facciola_  
U.S. Magistrate  
03/24/06  
Date