LAW OFFICES
# JANIS, SCHUELKE & WECHSLER
1728 MASSACHUSETTS AVENUE, N.W.
WASHINGTON, D.C. 20036

WHITNEY C. ELLERMAN

TELEPHONE
(202) 861-0600

*Heal
Let This Be
Filed*

*Permission Granted
John M Facciola
May 5, 2006*

May 5, 2006

The Honorable John M. Facciola
United States Magistrate Judge
United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

FILED
MAY 0 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

　　　　　　Re:　United States v. Lauren B. Weiner
　　　　　　　　Cr. N. 06-MJ-00128

Dear Judge Facciola:

　　At Ms. Weiner's plea hearing on March 24, 2006, one of the release conditions imposed by the Court was that I seek the Court's permission in the event Ms. Weiner wants to leave the jurisdiction. Accordingly, I am hereby seeking the Court's permission for two upcoming events, one short and one long. The first is for the weekend of May 12, 2006, so that Ms. Weiner can attend her brother's college graduation in New York. The second is a more extended trip. Ms. Weiner has been accepted to, and is required to pay a deposit in order to secure her place in, the Columbia University Graduate School of Journalism in New York City. This is one of the steps she wishes to take in order to move on with her life following the events that led to her plea before you. The U.S. Attorney's Office was aware of the fact that she was considering going to graduate school, and have indicated to me that they do not object to her doing so. She would of course continue to abide by all other release conditions, including reporting to pretrial services.

　　On behalf of Ms. Weiner, I respectfully ask the Court to allow Ms. Weiner to attend her brother's graduation, and, more significantly, to allow her to attend graduate school in New York this Fall.

　　　　　　　　　　　　　　　　　　　　　　Sincerely yours,

　　　　　　　　　　　　　　　　　　　　　　Whitney Ellerman

cc: AUSA Virginia Cheatham