UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                  )<br>)<br>LAUREN WEINER                       )<br>    Defendant.                          ) | Criminal No. 06-MJ-00128M (JMF) |

### UNOPPOSED MOTION TO WITHDRAW PLEA

Lauren B. Weiner, by undersigned counsel, hereby moves this Court to withdraw her plea of guilty in the above-captioned matter. The United States has indicated that it does not oppose this motion and that, if granted, it will enter a *nolle prosequi* in this matter. The motion is based on the following facts: on March 24, 2006, Ms. Weiner pleaded guilty to an Information charging a violation of 18 U.S.C. Section 1030(c)(2)(A), a misdemeanor. She did so pursuant to a deferred prosecution agreement which provided that Ms. Weiner's sentencing would be continued for twelve months, and that if Ms. Weiner abided by the conditions set forth in the agreement, which included that she perform 150 hours of community service, the United States would not oppose Ms. Weiner's motion to withdraw her plea and the United States would dismiss her case. This Court accepted the parties' recommendation and deferred Ms. Weiner's sentencing until March 26, 2007. Over the past twelve months, Ms. Weiner has abided by all of the conditions set by the Court and by the deferred plea agreement, including performing 150 hours of community service. Accordingly, Ms. Weiner respectfully moves to withdraw her plea to allow the United States to dismiss this case.

Dated: March 21, 2007                                                  Respectfully submitted,

                                                                                          /s/
                                                                              Whitney C. Ellerman
                                                                              HUNTON & WILLIAMS LLP

1900 K Street, NW
Washington, DC 20006
(202) 955-1500
(202) 778-2201 (fax)

Counsel for Defendant
Lauren Weiner

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of March, 2007, I caused the foregoing Unopposed Motion to Withdraw Plea and proposed Order to be served electronically pursuant to the Court's ECF system on counsel of record, and emailed the same to Assistant United States Attorney Virginia Cheatham.

                                             /s/
                                    Whitney C. Ellerman