UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal No. 06-MJ-00128M (JMF)** |
| | ) | |
| **Lauren Weiner** | ) | |
| Defendant. | ) | |

## ORDER

Having considered the Unopposed Motion to Withdraw Plea, it is hereby:

ORDERED that the Unopposed Motion to Withdraw Plea is GRANTED.

SO ORDERED this ___ day of March, 2007.

 

_____
United States Magistrate Judge John M. Facciola

Copies to:

Virginia Cheatham
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20001
Fax: (202) 307-2304


Whitney C. Ellerman
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, DC 20006
Fax: (202) 778-2201

Counsel for Defendant
Lauren Weiner