UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 06-128M (JMF) |
| | : | |
| v. | : | |
| | : | |
| **LAUREN B. WEINER,** | : | |
| | : | |
| Defendant. | : | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION TO WITHDRAW GUILTY PLEA

The United States, by and through its attorney, the United States Attorney for the District of Columbia, in accordance with its agreement with the defendant dated February 23, 2006, hereby does not oppose the defendant's motion to withdraw her guilty plea. In addition, the government enters a *nolle prosequi* in this case.

Respectfully submitted,

JEFFREY A. TAYLOR

United States Attorney
for the District of Columbia

By: _____/s/_____
VIRGINIA CHEATHAM
Assistant United States Attorney
D.C. Bar # 411980
Fraud and Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-9732

CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of March, 2007, that a copy of the foregoing Government's Response to Defendant's Motion to Withdraw Guilty Plea was served via ECF to Whitney C. Ellerman, Esq., Counsel for the defendant.

_____/s/_____
VIRGINIA CHEATHAM
Assistant U.S. Attorney