UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>)<br>Lauren Weiner  )<br>Defendant.  ) | Criminal No. 06-MJ-00128M<br>(JMF)<br><br>**FILED**<br><br>MAR 2 3 2007<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ORDER

Having considered the Unopposed Motion to Withdraw Plea, it is hereby:

ORDERED that the Unopposed Motion to Withdraw Plea is GRANTED.

SO ORDERED this 23rd day of March, 2007.

_____
United States Magistrate Judge John M. Facciola

Copies to:

Virginia Cheatham
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20001
Fax: (202) 307-2304


Whitney C. Ellerman
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, DC 20006
Fax: (202) 778-2201

Counsel for Defendant
Lauren Weiner