### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **Criminal No. 06-128M (JMF)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **LAUREN B. WEINER,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

### GOVERNMENT'S UNOPPOSED MOTION TO DISMISS

The United States, by and through its attorney, the United States Attorney for the District of Columbia, in accordance with its agreement with the defendant dated February 23, 2006, hereby moves to dismiss the above-captioned case.  The defense does not oppose this motion.

Respectfully submitted,

JEFFREY A. TAYLOR

United States Attorney
for the District of Columbia

By:  _____/s/_____
VIRGINIA CHEATHAM
Assistant United States Attorney
D.C. Bar # 411980
Fraud and Public Corruption Section
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-9732

### CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of March, 2007, that a copy of the foregoing Government's Unopposed Motion to Dismiss served via ECF to Whitney C. Ellerman, Esq., Counsel for the defendant.

_____/s/_____
VIRGINIA CHEATHAM
Assistant U.S. Attorney