UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 06-128M (JMF) |
| | : | |
| v. | : | |
| | : | |
| **LAUREN B. WEINER,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

This matter comes before the Court upon the government's unopposed Motion to Dismiss.

For the reasons stated therein, it is this ___ day of March, 2007:

ORDERED, that the above-captioned case shall be dismissed.

_____                         _____

JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Copies to:

Virginia Cheatham
Assistant U.S. Attorney
U.S. Attorney's Office
Fraud/Public Corruption Section
555 4th Street, N.W., 5th Floor
Washington, D.C. 20530

Whitney C. Ellerman, Esq.
Hunton & Williams LLP
1900 K Street, N.W.
Washington, D.C. 20006