UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 06-128M (JMF) |
| v. | : | |
| LAUREN B. WEINER, | : | **FILED** |
| | : | MAR 27 2007 |
| Defendant. | : | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ORDER

This matter comes before the Court upon the government's unopposed Motion to Dismiss. For the reasons stated therein, it is this 26a day of March, 2007:

ORDERED, that the above-captioned case shall be dismissed.

                                                  */s/ John M. Facciola*
                                        JOHN M. FACCIOLA
                                        UNITED STATES MAGISTRATE JUDGE

Copies to:

Virginia Cheatham
Assistant U.S. Attorney
U.S. Attorney's Office
Fraud/Public Corruption Section
555 4th Street, N.W., 5th Floor
Washington, D.C. 20530

Whitney C. Ellerman, Esq.
Hunton & Williams LLP
1900 K Street, N.W.
Washington, D.C. 20006